**Form 210A (12/09)**

# United States Bankruptcy Court

<u>Eastern</u> District of <u>Tennessee</u>

In re: <u>Amber Nicole Trentham</u>                         Case No.: <u>11-30176</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| BSI Financial Services, Inc. as servicer in fact for PALISADES REMIC PMAC 2013-1 PSA | Selene Finance as servicer for Castle Peak 2011-1 Loan Trust |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

BSI Financial Services, Inc.
P.O. Box 517, 314 S. Franklin St.
Titusville, PA 16354
Telephone: (800) 327-7861

Court Claim # (if known):  8
Amount of claim:  $99,520.11
Date Claim Filed:  05/25/2011

Phone:  (800) 327-7861                           Phone:
Last Four Digits of Acct #:  XX1789              Last Four Digits of Acct #:  1789

Name and Address where transferee payments should be sent (if different from above):

Phone:  (800) 327-7861
Last Four Digits of Acct #:  XX1789

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ William G. Malcolm_                     Date:  September 20, 2013
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.